UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UPPER SOUTHAMPTON MUNICIPAL AUTHORITY,**<br><br>**Defendant.** | Civ. No. 20-cv-1218 (RBS) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Selective Insurance Company of the Southeast ("**Selective**") and Defendant Upper Southampton Municipal Authority ("**USMA**"), being all the parties to this Action, through their undersigned counsel and pursuant to FRCP 41(a)(1)(A)(ii):

HEREBY STIPULATE AND AGREE that this Action is **Dismissed With Prejudice**. Each party shall bear its own costs and attorneys' fees in relation to this Action.

| | |
|---|---|
| *Respectfully submitted*,<br>**KUTAK ROCK LLP**<br>*/s/ Amy J. Blumenthal*<br>**MICHAEL T. MCDONNELL III**<br>I.D. No. 60111<br>**AMY J. BLUMENTHAL**<br>I.D. No. 206304<br>1760 Market Street, Suite 1100<br>Philadelphia, PA 19103<br>215-299-4384 / 215-586-4188<br>michael.mcdonnell@kutakrock.com<br>amy.blumenthal@kutakrock.com<br><br>**ROBERT A. JAFFE**  *(pro hac vice)*<br>1625 Eye Street NW, Suite 800<br>Washington, DC 20006<br>202-828-2434<br>robert.jaffe@kutakrock.com<br><br>**March 11, 2021**<br>**Philadelphia, Pennsylvania** | *Respectfully submitted,*<br>**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**<br>*/s/ Patrick T. Ryan*<br>**GLENN F. ROSENBLUM**<br>I.D. No. 23770<br>**PATRICK T. RYAN**<br>I.D. No. 37728<br>**FRANK A. CHERNAK**<br>I.D. No. 57602<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>215-772-7563<br>grosenblum@mmwr.com<br>pryan@mmwr.com<br>fchernak@mmwr.com<br><br>**March 11, 2021**<br>**Philadelphia, Pennsylvania** |

APPROVED BY THE COURT THIS 22ND DAY OF MARCH, 2021

/s/ R. Barclay Surrick

R. BARCLAY SURRICK, J.